# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tashonby Wilson,<br>*Plaintiff*<br>v.<br><br>Honorable Judge Keesley, Prosecutor Bradley Pogue,<br>*Defendants* | )<br>)<br>)   Civil Action No.   3:18-00634-JMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that this case be dismissed.

*CLERK OF COURT*

Date: July 1, 2019

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*